# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MATEO RIVIELLO-QUINTANA (1),<br><br>　　　　　　　　Defendant. | Criminal Case No. 00CR3841-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Mateo Riviello-Quintana is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant issued on December 19, 2000 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 2, 2014

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE